UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>SLIDE-RITE MANUFACTURING CORP.,<br>*et al*.,<br>　　　Defendants. | 1:20-mc-00106<br>(Originally Civil No. 74 Civ. 3927) |

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated:  April 17, 2020　　　　　　　　　　　　　/s/ John G. Koeltl
　　　　　New York, NY　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　　　Southern District of New York